IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fountain, Billy

Printed: 12/16/08

Case Number: 07 B 10419
Judge: Hollis, Pamela S
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 3, 2008
Confirmed: October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,560.00 |  |
| Secured: |  | 5,374.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,697.10 |
| Trustee Fee: |  | 487.98 |
| Other Funds: |  | 0.00 |
| Totals: | 8,560.00 | 8,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,564.50 | 0.00 |
| 2. | Thomas R Hitchcock | Administrative | 3,564.50 | 2,697.10 |
| 3. | Quantum Servicing Corporation | Secured | 5,374.92 | 5,374.92 |
| 4. | Quantum Servicing Corporation | Secured | 9,640.31 | 0.00 |
| 5. | Triad Financial Services | Unsecured | 1,587.66 | 0.00 |
| 6. | Nicor Gas | Unsecured | 953.68 | 0.00 |
| 7. | Westlake Hospital | Unsecured | 32.10 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 444.18 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 913.22 | 0.00 |
| 10. | Washington Mutual Finance | Secured | | No Claim Filed |
| 11. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 12. | Active Collection Services | Unsecured | | No Claim Filed |
| 13. | First Premier Bank | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | CCA | Unsecured | | No Claim Filed |
| 16. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 17. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | $ 26,075.07 | $ 8,072.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 335.88 |
| 6.5% | 152.10 |
| | $ 487.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fountain, Billy

Printed: 12/16/08

Case Number:  07 B 10419
Judge:  Hollis, Pamela S
Filed:  6/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

